NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-616


CHARMAINE V. DELAHOUSSAYE

VERSUS

O'NEAL JONES, JR.


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 91,066,
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


MICHAEL G. SULLIVAN
JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael
G. Sullivan, Judges.


AFFIRMED.

Sera H. Russell, III
Attorney at Law
Post Office Box 53866
Lafayette, Louisiana 70505-3866
(337) 237-7171
Counsel for Plaintiff/Appellee:
    Charmaine V. Delahoussaye

P. Charles Calahan
Attorney at Law
Post Office Box 9547
New Iberia, Louisiana 70562-9547
(337) 365-8046
Counsel for Defendant/Appellant:
    O'Neal Jones, Jr.

**R. Michael Moity, Jr.**
**Attorney at Law**
**114 West Washington Street**
**New Iberia, Louisiana  70560**
**(337) 367-7727**
**Counsel for Defendant/Appellant:**
　　　**O'Neal Jones, Jr.**